In the Matter of the Claim of PETER FRANCAVILLA, Respondent, against C. T. MITCHELL, INCORPORATED, et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's Compensation Law — award properly allowed for hernia resulting from overreaching in course of employment.*

*Francavilla v. Mitchell, Inc.,* 194 App. Div. 929, affirmed.

(Argued March 3, 1921; decided March 22, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department,

entered November 24, 1920, affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant suffered from a strangulated hernia with abscess formation. There was evidence tending to show that it was caused by overreaching while engaged in his work as a plasterer.

*William H. Foster* and *James B. Henney* for appellants.

*Charles D. Newton, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.